UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:17-52349
Chapter 7
Hon: TUCKER

Cale Young

                          Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Leduc Frank
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

Law office of James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## STIPULATION TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY STIPULATED AND AGREED between the parties herein, that the automatic stay shall be terminated as to Creditor, Cornerstone Community Financial Credit Union, said creditor having a validly perfected interest in 2001 Lexus ES300.
Balance Owed: $2,245.93                                Market Value: $2,000.00
IT IS FURTHER STIPULATED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER STIPULATED that this Order shall be effective despite any conversion of the case to

another chapter of Title 11 of the United States Bankruptcy Code.


Dated: October 18, 2017

  /s/_____
Amelia Martinez P81723
Law office of James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252

/s/ Christopher E. Frank
Christopher E. Frank (P67169)
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
cfrank@theleducgroup.com

/s/Charles Taunt_____
Charles J. Taunt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:17-52349
Chapter 7
Hon: TUCKER

Cale Young

                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Leduc Frank
Attorney for Creditor
P.O. Box 2188
Royal Oak, MI 48068
248-268-2224

Law office of James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

## ORDER TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY STIPULATED AND ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, Cornerstone Community Financial Credit Union, said creditor having a validly perfected interest in 2001 Lexus ES300.

IT IS FURTHER ORDERED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

      Exhibit A